Aaron Johnson, appellee, v. Federal Automobile Insurance Association, appellant.

Suit on automobile insurance policy. Judgment for plaintiff. Appeal from the Circuit Court of Hardin county; the Hon. J. C. Eagleton, Judge, presiding. Heard in this court at the March term, 1923. Affirmed. Opinion filed April 20, 1923.

James A. Watson, for appellant. John C. Oxford and Fowler & Rumsey, for appellee.

Mr. Presiding Justice Boggs delivered the opinion of the court.

---

Landau Grocery Company, appellee, v. C. H. Ozier, appellant.

Suit to recover price of sugar, with interest. Judgment for defendant. Appeal from the Circuit Court of St. Clair county; the Hon. G. A. Crow, Judge, presiding. Heard in this court at the October term, 1922. Affirmed. Opinion filed April 20, 1923. Rehearing denied June 25, 1923.

D. E. Keefe, McCawley Baird and S. W. Baxter, for appellant. Preston K. Johnson, Nagel & Kirby and Everett Paul Griffin, for appellee.

Mr. Justice Barry delivered the opinion of the court.

---

Bertha Weinel et al., appellees, v. Bert E. Axley, appellant.

Action of forcible entry and detainer. Judgment for plaintiffs. Appeal from the Circuit Court of Monroe county; the Hon. J. F. Gillham, Judge, presiding. Heard in this court at the March term, 1922. Affirmed. Opinion filed April 20, 1923.

T. M. Webb, for appellant. A. C. Bollinger, for appellees.

Mr. Justice Barry delivered the opinion of the court.

---

Bessie A. Powell, executrix of the last will of Alfred E. Powell, deceased, appellee, v. Mutual Life Insurance Company of New York, appellant.

Suit on life insurance policy. Judgment for plaintiff. Appeal from the Circuit Court of Randolph county; the Hon. J. F. Gillham, Judge, presiding. Heard in this court at the October term, 1922. Affirmed. Opinion filed May 7, 1923.

Winston, Strawn & Shaw and Charles E. Feirich, for appellant; Silas H. Strawn, James H. Winston and James H. Cartwright, Jr., of counsel. H. Clay Horner, for appellee.

Per Curiam.

---

Le Roy D. Powell, appellee, v. Mutual Life Insurance Company of New York, appellant.

Suit on life insurance policy. Judgment for plaintiff. Appeal from the Circuit Court of Randolph county; the Hon. J. F. Gillham, Judge, presiding. Heard in this court at the October term, 1922. Affirmed. Opinion filed May 7, 1923.

Winston, Strawn & Shaw and Charles E. Feirich, for appellant; Silas H. Strawn, James H. Winston and James H. Cartwright, Jr., of counesl. H. Clay Horner, for appellee.

Per Curiam.